UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD DELLA CROCE, | : CIVIL NO: 1:21-CV-01965 |
| Plaintiff, | : (Judge Mariani) |
| v. | : (Magistrate Judge Schwab) |
| JOHN LISIAK, *et al.*, | : |
| Defendants. | : |

## ORDER
June 6, 2022

We are in receipt of Croce's letter (*doc. 26*) regarding this case's discovery issues and the motion for leave to file an amended complaint (*doc. 21*). Upon consideration of this letter, **IT IS ORDERED** that the defendants shall file a response letter on or before **June 10, 2022**, regarding Croce's discovery requests. Additionally, in light of the parties' agreement regarding Croce's motion for leave to file an amended complaint (*doc. 21*), **IT IS ORDERED** that Croce's motion for leave to file an amended complaint is **GRANTED.** Croce shall file his amended complaint on or before **July 6, 2022**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge